UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>KEMOKALAM NJEMANZE,<br><br>                         Defendant. | 18 Cr. 117-7 (KPF)<br>20 Civ. 5359 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 12, 2022, the Court issued an Order directing Kemokalam Njemanze to show cause in writing by February 1, 2022, why his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 should not be dismissed as moot in light of his release from custody. (No. 18 Cr. 117, Dkt. #292). That date has passed, without a written submission from Mr. Njemanze or any other indication that he intends to show cause pursuant to the Court's January 12, 2022 Order. As such, the Court DENIES Mr. Njemanze's Section 2255 motion as moot.

The Clerk of Court is directed to terminate the pending motions at docket entries 240 and 243 in Mr. Njemanze's criminal case, No. 18 Cr. 117. With respect to Mr. Njemanze's civil matter, No. 20 Civ. 5359, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close the case.

The Clerk of Court is further directed to file this Order in both cases listed in the caption. Moreover, the Clerk of Court is directed to mail a copy of this Order to Mr. Njemanze at his address of record.

SO ORDERED.

Dated:  February 9, 2022
        New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge